# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

*In the matter of*

*APPLICATIONS FOR WRITS OF HABEAS CORPUS AD PROSEQUENDUM FILED IN CONNECTION WITH 26-MJ-1500-VET*

Case Nos.
- 26-cv-01656-BAS
- 26-cv-01657-BAS
- 26-cv-01659-BAS
- 26-cv-01665-BAS
- 26-cv-01668-BAS
- 26-cv-01670-BAS
- 26-cv-01671-BAS

**ORDER DENYING PETITIONS AS MOOT**

Presently before the Court are seven Petitions and Applications for Writ of Habeas Corpus Ad Prosequendum. The Petitions allege Petitioners were arrested and have not been presented for an initial appearance in violation of Federal Rule of Criminal Procedure 5. The Court ordered the Government to respond. The Government filed responses demonstrating Petitioners have been arraigned before a magistrate judge.

- 1 -

26cv1582

Accordingly, the Court **DENIES** the Petitions and Applications as moot.  Whether the delay in arraignment was unreasonable or has any consequence can be raised in the underlying criminal cases.

The Clerk of Court shall close these cases.

**IT IS SO ORDERED.**

**DATED: March 20, 2026**

_____
**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

26cv1582